ORIGINAL

RECEIVED
OCT 24 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

07-742 C

Plaintiff(s) or Petitioner(s)
Parkwood Associates Limited Partnership, a Washington limited partnership.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): C. Clayton Gill

Firm Name: Moffatt, Thomas, Barrett, Rock & Fields, Chtd.

Post Office Box: Post Office Box 82[illegible]

Street Address: 101 S. Capitol Boulevard, 10th Floor (83702)

City-State-Zip: Boise, Idaho 83701-0829

Telephone & Facsimile Numbers: 208-345-2000 Fax: 208-385-5384

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 2 6
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: A G R
See attached sheet for three-digit codes.

Amount Claimed: $ Exceeding $10,000, to be proven at trial
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? □ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ ______
Is plaintiff a small business? □ Yes □ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? ■ Yes □ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.