ORIGINAL

FILED
OCT 24 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PARKWOOD ASSOCIATES LIMITED PARTNERSHIP, a Washington limited partnership,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

No. 07-742 C
(Judge ________)

**NOTICE OF RELATED CASES**

COMES NOW, the above-captioned plaintiff, by and through undersigned counsel of record, and pursuant to Rule 40.2 of the United States Court of Federal Claims, hereby notifies this Court of two prior cases that relate to similar loan contracts with the United States Department of Agriculture, Farmers Home Administration, which agency is now known as Rural Housing Service. Those cases are as follows:

1. *Franconia Associates v. United States*, Case No. 97-381C; and
2. *Atwood-Leisman v. United States*, Case No. 98-815C.

Undersigned counsel believes that the assignment of this to either Judge Allegra or Judge Lettow will conserve judicial resources and promote an efficient determination of this action because they have presided over these other similar actions addressing similar facts as they apply to similar loan contracts with the federal agency then known as the United States Department of Agriculture, Farmers Home Administration now known as Rural Housing Service.

Respectfully submitted this 23rd day of October, 2007.

By______________________________

C. Clayton Gill
Attorneys for Plaintiff
MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
ccg@moffatt.com
23-247