**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PARKWOOD ASSOCIATES LIMITED PARTNERSHIP, a Washington limited partnership, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-742C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims, plaintiff and defendant respectfully submit the following joint preliminary status report in response to the questions set forth in Part III of Appendix A.

**3a. Jurisdiction:**

The parties agree that the Court has jurisdiction to entertain and to decide this action.

**b. Consolidation:**

The parties agree that this case should not be consolidated with any other cases pending in the United States Court of Federal Claims.

**c. Bifurcation:**

The parties agree that the issues of liability and damages should be bifurcated.

**d. Deferral:**

The parties agree that this case should not be deferred pending resolution of any other cases. However, the parties believe that the Court should stay this action pending efforts to resolve the case. In prior litigation with other partnerships, the parties developed certain benchmarks for resolution which may prove applicable here. In any event, the parties are

agreeable to exploring the possibility of settlement either bilaterally or through the Court's alternative dispute resolution program prior to further, formal litigation activity. To further the parties' settlement efforts, the parties agree to serve their initial disclosures in accordance with RCFC 26(a)(1) on or before March 28, 2008, and to defer all other discovery pending their attempts to resolve this action through settlement.

**e. Remand/Suspension:**

None of the parties seek remand or suspension.

**f. Joinder:**

Counsel do not anticipate joining additional parties.

**g. Dispositive Motions:**

At this time the parties do not intend to file motions pursuant to RCFC 12(b) or 12(c). The parties anticipate the filing of dispositive motions with respect to liability if this action is not settled.

**h. Relevant Issues:**

The parties submit that among the major relevant issues presented herein are the following:

1. Whether the enactment of the Emergency Low Income Housing Preservation Act, Pub. L. No. 100-242, 101 Stat. 1877 (1988) ("ELIHPA"), and the Housing and Community Development Act of 1992, Pub. L. No. 102-550, 106 Stat. 3672 (1992) ("the 1992 Act") constituted a repudiation of plaintiff's contract.

2. Whether the Government actions of which plaintiffs complain constituted a breach of plaintiff's contract.

3. Whether the Government actions of which plaintiff complains constituted a taking of plaintiff's property without just compensation, within the meaning of the Fifth Amendment of the United States Constitution.

4. In the event plaintiff prevails on the issue of liability, what is the amount of damages to which plaintiff is entitled.

**i. <u>Settlement</u>:**

The parties believe there is a reasonable likelihood of settlement.

**j. <u>Trial</u>:**

The parties currently are unable to predict whether this matter will proceed to trial.

**k. <u>Electronic case management</u>:**

There are no special issues regarding electronic case management needs.

**l. <u>Additional Information</u>:**

In the event that the Court stays this action pending settlement efforts, the parties propose that they file a joint status report within 90 days of the entry of the stay, describing the status of their settlement efforts, if the case has not been settled by that time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

Dated: 2/19/08

C. CLAYTON GILL
Moffatt, Thomas, Barrett, Rock & Fields, Chartered
101 S. Capitol Boulevard, 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone: (208) 346-2000
Facsimile: (208) 385-5384

Attorneys for Plaintiff

Dated: 2/19/08

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2008, a copy of the foregoing JOINT PRELIMINARY STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**