# In The United States Court of Federal Claims

No. 07-742C

(Filed: February 21, 2008)

PARKWOOD ASSOCIATES LIMITED PARTNERSHIP, a Washington limited partnership,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A telephonic preliminary status conference will be held in this case on Thursday, March 6, 2008, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge