# In The United States Court of Federal Claims

No. 07-742C

(Filed: March 6, 2008)

PARKWOOD ASSOCIATES LIMITED PARTNERSHIP, a Washington limited partnership,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 6, 2008, the court held a telephonic preliminary status conference in this case. Pursuant to discussions during that conference, the court hereby orders that:

1. On or before March 28, 2008, the parties shall exchange initial disclosures;

2. On or before May 22, 2008, and every fifty-six (56) days thereafter, the parties shall file a joint status report apprising the court of the status of settlement discussions.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge