IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PARKWOOD ASSOCIATES LIMITED PARTNERSHIP, a Washington limited partnership, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-742C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order of March 6, 2008, the parties respectfully submit this Joint Status Report.

In accordance with the Court's March 6, 2008 Order, the parties exchanged their initial disclosures by March 28, 2008.

Counsel for the parties had contemplated beginning discussions concerning settlement after having an opportunity to review the relevant documents. Neither party, however, has yet made an settlement proposal to the other. This is due, at least in part, to the following circumstances.

In the course of reviewing agency files for the purpose of preparing the Government's initial disclosures, Government counsel discovered several documents that he believes give rise to a statute of limitations defense. The Government believes that, before settlement can be considered, the question whether this action is time-barred should be resolved by motion. The Government presently expects to file such a motion on or before June 20, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

C. CLAYTON GILL
Moffatt, Thomas, Barrett, Rock & Fields, Chartered
101 S. Capitol Boulevard, 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone: (208) 345-2000
Facsimile: (208) 385-5384

Attorney for Plaintiff

Dated: 5/22/08

JEANNE E. DAVIDSON
Director

BRIAN M. SIMKIN
Assistant Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

Dated: 5/22/08