IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PARKWOOD ASSOCIATES LIMITED PARTNERSHIP, a Washington limited partnership, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-742C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO FILE JOINT STATUS REPORT OUT OF TIME

Defendant, on behalf of both parties, respectfully requests leave of the Court to file the attached joint status report out of time. Pursuant to the Court's Order of March 6, 2008, the joint status report was due on July 17, 2008.

The Court's Order of March 6, 2008, required the parties to file a joint status report on May 22, 2008, and every 56 days thereafter. The parties filed a joint status report on May 22, 2008. Inadvertently, however, neither party properly calendared the due-date for the joint status report due 56 days thereafter, on July 17, 2008, and, as a result, the parties failed to timely file the joint status report. This error was brought to the parties attention by the Court through a telephone call from chambers on August 8, 2008.

For the foregoing reasons, we respectfully request that our motion for leave to file the joint status report out of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

**s/Brian M. Simkin**
BRIAN M. SIMKIN
Assistant Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

August 13, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 13th day of August 2008, a copy of the foregoing MOTION FOR LEAVE TO FILE JOINT STATUS REPORT OUT OF TIME and attached JOINT STATUS REPORT were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**