IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PARKWOOD ASSOCIATES LIMITED PARTNERSHIP, a Washington limited partnership, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-742C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order of March 6, 2008, the parties respectfully submit this Joint Status Report.

In the joint status report filed by the parties on May 22, 2008, the parties stated that Government counsel had discovered several documents that he believed gave rise to a statute of limitations defense; that Government believes that the question whether this action is time-barred should be resolved by motion before settlement could be considered; and that the Government expected to file such a motion on or before June 20, 2008.

In the course of preparing such a motion, however, Government counsel concluded that limited discovery concerning the events relevant to the application of the statute of limitations in this case was necessary before filing the motion. The Government served written discovery upon plaintiff for this purpose on June 17, 2008. Plaintiff served its response to the Government's discovery on July 16, 2008. On July 17, 2008, plaintiff served upon the Government written discovery requests relating to the statute of limitations issue. The Government's response to these requests is due on August 19, 2008.

Based upon the discovery conducted to date, the Government anticipates filing a motion for summary judgment based upon the statute of limitations by September 12, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

BRIAN M. SIMKIN
Assistant Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

Dated: 8/13/08

C. CLAYTON GILL
Moffatt, Thomas, Barrett, Rock & Fields, Chartered
101 S. Capitol Boulevard, 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone: (208) 345-2000
Facsimile: (208) 385-5384

Attorney for Plaintiff

Dated: 8/12/08