IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PARKWOOD ASSOCIATES LIMITED PARTNERSHIP, a Washington limited partnership, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-742C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT

Pursuant to Rule 56(h)(1) of the rules of this Court, defendant, the United States, respectfully submits these proposed findings of uncontroverted fact.

1. By letter dated August 3, 1992, plaintiff, Parkwood Associates Limited Partnership ("Parkwood"), submitted to the Farmers Home Administration, United States Department of Agriculture ("FmHA"), a request to prepay the March 22, 1978 loan referenced in paragraph 4 of the complaint. The letter stated that Parkwood wished to prepay the loan on February 3, 1993. The letter noted that a complete prepayment request was enclosed "[a]s set forth in FmHA Instruction 1965-B, Exhibit E, 'Prepayment Request of Rural Housing Loans,' which allows prepayment of loans obligated prior to December 21, 1997, which are not subject to restrictive use provision . . . ." App. 1, 4.[1]

2. By letter of September 2, 1992, Parkwood resubmitted its August 3, 1992 prepayment package. App. 2, 26. However, the Government took no action in response to Parkwood's 1992 prepayment request. App. 2.

---

[1] "App." refers to the appendix to Defendant's Motion for Summary Judgment.

3. The Government did not allow Parkwood to prepay its loan without restrictions, either in response to Parkwood's 1992 prepayment request or in response to any subsequent prepayment request. Complaint ¶¶ 19, 21, 24.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

**s/Brian M. Simkin**
BRIAN M. SIMKIN
Assistant Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

September 12, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 12th day of September 2008, a copy of the foregoing "DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**