# In The United States Court of Federal Claims

No. 07-742C

(Filed: October 23, 2008)

_____

PARKWOOD ASSOCIATES LIMITED
PARTNERSHIP, a Washington limited
partnership,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On March 6, 2008, the court ordered the parties to submit a joint status report on or before May 22, 2008, and every fifty-six days thereafter.  The parties filed their first joint status report on May 22, 2008, and on August 20, 2008, the court granted defendant's motion for leave to file the parties' second joint status report out of time.  Both parties have subsequently filed motions for summary judgment, defendant on September 12, 2008, and plaintiff on October 14, 2008.  Additional briefing on both is forthcoming.  Accordingly, the court hereby relieves the parties from filing a joint status report every fifty-six days as previously required.

      **IT IS SO ORDERED.**

                                                                            s/ Francis M. Allegra
                                                                          Francis M. Allegra
                                                                          Judge