# In The United States Court of Federal Claims

No. 07-742C

(Filed: November 6, 2008)
_____

PARKWOOD ASSOCIATES LIMITED
PARTNERSHIP, a Washington limited
partnership,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

A telephonic conference to discuss plaintiff's motion for discovery will be held in this case on Friday, November 14, 2008, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge