# In The United States Court of Federal Claims

No. 07-742C

(Filed: November 14, 2008)
_____

PARKWOOD ASSOCIATES LIMITED
PARTNERSHIP, a Washington limited
partnership,

              Plaintiff,

  v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**
_____

      On October 14, 2008, plaintiff filed a motion under RCFC 56(f) seeking additional discovery on its takings claim.  Having reviewed the motion and defendant's response thereto, the court sees no basis for such discovery at this time.  Issues raised by defendant's motion for summary judgment can be resolved by the court without this discovery; if plaintiff's takings claim survives, additional discovery may be ordered at a later time.  Accordingly, plaintiff's motion is **DENIED**.

      **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge