# In The United States Court of Federal Claims

No. 07-742C

(Filed: January 7, 2009)

_____

PARKWOOD ASSOCIATES LIMITED
PARTNERSHIP, a Washington limited
partnership,

                   Plaintiff,

     v.

THE UNITED STATES,

                   Defendant.

_____

**ORDER**

_____

      Oral argument on defendant's motion for summary judgment will be held in this case on Thursday, March 19, 2009, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Courtroom location will be posted in the lobby on the day of the oral argument.

      **IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge