# In The United States Court of Federal Claims

No. 07-742C

(Filed: February 11, 2009)
_____

PARKWOOD ASSOCIATES LIMITED
PARTNERSHIP, a Washington limited
partnership,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

    The oral argument the parties' cross motions for summary judgment that was originally scheduled for March 19, 2009, has been rescheduled for Tuesday, March 17, 2009, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  Courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge