# In The United States Court of Federal Claims

No. 07-742C

(Filed: March 10, 2009)
_____

PARKWOOD ASSOCIATES LIMITED
PARTNERSHIP, a Washington limited
partnership,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

Oral argument on the parties' cross motions for summary judgment is scheduled for March 17, 2009. At oral argument, the parties should be prepared to discuss whether each failure to honor a prepayment request represents a breach of the contract at issue so as to be actionable independently and subject to its own accrual date and limitations period.

    **IT IS SO ORDERED.**

                                                     s/ Francis M. Allegra
                                                   Francis M. Allegra
                                                   Judge