# In The United States Court of Federal Claims

No. 07-742C

(Filed: March 16, 2009)

_____

PARKWOOD ASSOCIATES LIMITED
PARTNERSHIP, a Washington limited
partnership,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Oral argument on the parties' cross motions for summary judgment is scheduled for March 17, 2009. At oral argument, the parties shall be prepared to discuss:

1.   *Aktiebolaget Bofors v. United States*, 139 Ct. Cl. 642 (1957); and

2.   *San Carlos Irrigation and Drainage District v. United States*, 23 Cl. Ct. 276 (1991).

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra  
                                                  Francis M. Allegra  
                                                  Judge