# In The United States Court of Federal Claims

No. 07-742C

(Filed: January 7, 2010)

_____

PARKWOOD ASSOCIATES LIMITED
PARTNERSHIP, a Washington limited
partnership,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 6, 2010, the parties filed a joint status report indicating progress in the parties' settlement discussions. Pursuant to the parties' request, this case hereby remains **stayed** until further order. On or before March 4, 2010, the parties shall file a joint status report advising the court of the progress of settlement discussions.

    **IT IS SO ORDERED.**

                                     s/ Francis M. Allegra
                                     Francis M. Allegra
                                     Judge