# In The United States Court of Federal Claims

No. 07-742C

(Filed: March 4, 2010)
_____

PARKWOOD ASSOCIATES LIMITED
PARTNERSHIP, a Washington limited
partnership,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.
_____

**ORDER**
_____

On March 3, 2010, the parties filed a joint status report indicating progress in the parties' settlement discussions.  Accordingly:

1. This case hereby remains **stayed** until further order; and

2. The parties periodically shall file joint status reports regarding the progress of settlement discussions.  The first such report shall be filed on May 4, 2010, with subsequent reports filed every 60 days thereafter.  The parties shall notify the court immediately if settlement discussions break down and there is a need to restore this case to the active docket.

**IT IS SO ORDERED.**

                                  s/ Francis M. Allegra
                                  Francis M. Allegra
                                  Judge