# In The United States Court of Federal Claims

No. 07-742C

(Filed: August 10, 2010)
_____

PARKWOOD ASSOCIATES LIMITED
PARTNERSHIP, a Washington limited
partnership,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On August 9, 2010, the parties filed a joint status report indicating that settlement had not been reached and requesting that this case be restored to the active docket. Accordingly:

1. The stay is hereby lifted and the court restores this case to the active docket; and

2. The court will resolve the pending cross-motions for summary judgment.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge