# In The United States Court of Federal Claims

No. 07-742C

(Filed: November 22, 2010)

_____

PARKWOOD ASSOCIATES LIMITED
PARTNERSHIP, a Washington limited
partnership,

              Plaintiff,

v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

On November 19, 2010, defendant filed a motion for leave to file notice of an additional authority. The court will take notice of the authority, but will not accept any briefing by defendant as to the authority. Accordingly, defendant's motion for leave to file an additional authority is hereby **STRIKEN**.

    **IT IS SO ORDERED.**

                                            <u>s/ Francis M. Allegra</u>
                                            Francis M. Allegra
                                            Judge