# In The United States Court of Federal Claims

No. 07-742C

(Filed: May 3, 2011)

_____

PARKWOOD ASSOCIATES LIMITED
PARTNERSHIP, a Washington limited
partnership,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On April 25, 2011, plaintiff's counsel filed a motion to withdraw as counsel of record. Counsel's motion is hereby **GRANTED.** The Clerk is hereby directed to mail a copy of this order directly to plaintiff.

      **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra  
                                          Francis M. Allegra  
                                          Judge